IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| IN RE: | : | Chapter 13 |
| --- | --- | --- |
|  | : |  |
| **WILLIAM O. GREENWALT, and** | : | Case No.    **23-20378-CMB** |
| **PATRICIA A. GREENWALT** |  |  |
|  | : |  |
| Debtors | : | Doc No. |

## EMPLOYEE INCOME RECORD

| Date | 8/1/2022 | 9/1/2022 | 10/1/2022 | 11/1/2022 | 12/1/2022 | 1/1/2023 |
| --- | --- | --- | --- | --- | --- | --- |
| Husb SS | $ 1,320.00 | $ 1,320.00 | $ 1,320.00 | $ 1,320.00 | $ 1,320.00 | $ 1,320.00 |
| Wife SS | $ 800.00 | $ 800.00 | $ 800.00 | $ 800.00 | $ 800.00 | $ 800.00 |
| Wife Business | $ 600.00 | $ 600.00 | $ 600.00 | $ 600.00 | $ 600.00 | $ 600.00 |
| Total | $ 2,720.00 | $ 2,720.00 | $ 2,720.00 | $ 2,720.00 | $ 2,720.00 | $ 2,720.00 |

|  |  |
|---|---|
| DATED:     3/20/2023 | /s/ Michael S. Geisler<br>_____<br>**MICHAEL S. GEISLER, ESQUIRE**<br><br>201 Penn Center Blvd., Suite 524<br>Pittsburgh, PA 15235<br><br>Tele: (412) 613-2133<br>Pa. I.D. No. 39414<br>E-Mail: m.s.geisler@att.net |