IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In Re: | : | Bankruptcy No. **23-20378** |
| **William O. Greenwalt** | : | |
| **Patricia A. Greenwalt** | : | Chapter **13** |
| | : | |
| Debtor | : | |
| | : | Related to Document No. |
| **William O. Greenwalt** | : | |
| **Patricia A. Greenwalt** | : | |
| | : | |
| Movant | : | |
| | : | |
| v. | : | |
| | : | |
| No Respondent | : | |

## NOTICE REGARDING MODIFICATION TO MAILING MATRIX

In accordance with Local Bankruptcy Rule 1007-1(f) I, __**Michael S. Geisler, Esquire**__, counsel for the debtor(s) in the above-captioned case, hereby certify that the following list of creditors' names and addresses was uploaded through the creditor maintenance option in CM/ECF to the above captioned case regarding the filing of an amendment to the schedules.

By: **/s/ Michael S. Geisler, Esquire**
Signature
**Michael S. Geisler, Esquire**
Typed Name
**Attorney-at-Law**
**1100 Penn Center Blvd., #704**
**Pittsburgh, PA 15235**
Address
**(412) 613-2133 Fax:(412) 774-0575**
Phone No.
**Pa I.D. No. 39414 PA**
List Bar I.D. and State of Admission

**PAWB Local Form 30 (07/13)**

Altair OH XII, LLC
c/o Weinstein, Pinson and Riley, P.S.
2001 Western Avenue, Suite 400
Seattle, WA 98121

American Express
P.O. Box 981537
El Paso, TX 79998

American Express Bank, FSB
c/o Becket and Lee, LLP
P.O. Box 3001
Malvern, PA 19355-0701

American InfoSource LP as agent for
Verizon
P.O. Box 248838
Oklahoma City, OK 73124-8838

Asset Acceptance LLC
P.O. Box 1630
Warren, MI 48090

Bank of America
P.O. Box 982235
El Paso, TX 79998

Capital One
P.O. Box 30281
Salt Lake City, UT 84130

Capital One, N.A.
c/o Becket and Lee LLP
P.O. Box 3001
Malvern, PA 19355-0701

Chase Bank USA, N.A.
3700 Wiseman Boulevard
San Antonio, TX 78251

Chase Bank, USA
P.O. Box 15298
Wilmington, DE 19850

Chase BP Private Label
P.O. Box 15298
Wilmington, DE 19850

Citibank/Sears
P.O. Box 6283
Sioux Falls, SD 57117

Citicards/Citibank
P.O. Box 6241
Sioux Falls, SD 57117

```
Comenity BanK
3100 Easton Square Pl
Columbus, OH 43219

Comenity Bank
PO Box 18279
Columbus, OH 43218

Credit First NA
P.O.Box 818011
Cleveland, OH 44181

Credit First NA
P.O. Box 81083
Cleveland, OH 44181

Dept, Stores National Bank/Macy's
Bankruptcy Processing
P.O. Box 8053
Mason, OH 45040

Discover Bank
Discover Products, Inc.
P.O. Box 3025
New Albany, OH 43054-3025

Duquesne Light Company
c/o Keri P. Ebeck, Esquire
Bernstein-Burkley, P.C.
Suite 2200, Gulf Tower
Pittsburgh, PA 15219-1900

Erie County Courthouse
140 W. 6th Street
Erie, PA 16501

GECRB/Lowes
P.O. Box 965005
Orlando, FL 32896

Home Depot/Citibank
P.O. Box 6497
Sioux Falls, SD 57117

I.C. System Inc.
P.O. Box 64378
Saint Paul, MN 55164

Internal Revenue Service
P.O. Box 7317
Philadelphia, PA 19101-7317
```

```
Internal Revenue Service
Centralized Insolvency Operations
P.O. Box 7346
Philadelphia, PA 19101-7346

KML Law Group
Suite 5000 - Mellon Independence Center
701 Market Street
Philadelphia, PA 19106

Kohls/Capital One
P.O. Box 3115
Milwaukee, WI 53201

LVNV Funding, LLC
PO Box 10497
Greenville, SC 29603-0584

LVNV Funding, LLC
c/o Edwin A. Abrahamsen & Assoc.
120 North Keyser Avenue
Scranton, PA 18504

LVNV Funding, LLC assignee of
HSBC Private Label Acq. Corp.
c/o Resurgent Capital Services
P.O. Box 10587
Greenville, SC 29603-0587

Macys
P.O. Box 689195
Des Moines, IA 50368

Macys
P.O. Box 8218
Mason, OH 45040

Midland Funding
8875 Aero Drive Suite 200
San Diego, CA 92123

NCO Credit Services/51
507 Prudential Road
Horsham, PA 19044

Nick Pisani and Loreen Pisani
2223 Heyland Road
Harrison City, PA 15636

Pennsylvania Department of Revenue
Bankruptcy Division
P.O. Box 280946
Harrisburg, PA 17128-0946
```

Pennsylvania Department of Revenue
Bankruptcy Division PO Box 280946
Harrisburg, PA 17128-0946

Portfolio Recovery Associates
120 Corporate Blvd Suite 100
Norfolk, VA 23502

Portfolio Recovery Associates, LLC
P.O.Box 12914
Norfolk, VA 23541

Pride Acquisitions
100 Garden City Plaza, Suite 500B
Garden City, NY 11530

Quantum3 Group LLC as agent for
Comenity Bank
P.O. Box 788
Kirkland, WA 98083-0788

Select Portfolio Servicing
3815 S West Temple, Ste 2000
Salt Lake City, UT 84115

Spartan Financial Services
13730 S Point Blvd
Charlotte, NC 28273

State Collections Service
2509 S. Stoughton Road
Madison, WI 53716

Sunoco/Citibank
P.O. Box 6497
Sioux Falls, SD 57117

Synchrony Bank
c/o Recovery Management Systems Corp
25 SE 2nd Ave., Suite 1120
Miami, FL 33131

TD Bank U.S.A., N.A.
c/o Weinstein, Pinson and Riley, P.S.
2001 Western Avenue, Suite 400
Seattle, WA 98121

TD Bank USA/Target Credit
P.O. Box 673
Minneapolis, MN 55440

U.S. Bank, N.A.
c/o Select Portfolio Servicing, Inc.
3815 South West Temple
Salt Lake City, UT 84115

```
Value City Rooms Today/WFNNB
P.O. Box 182789
Columbus, OH 43218

Verizon
by American Infosource, LP as agent
4515 N. Santa Fe Avenue
Oklahoma City, OK 73118

Westmoreland County Prothonotary
2 N. Main Street, Ste. 501
Greensburg, PA 15601

WFNNB/Dress Barn
P.O. Box 182789
Columbus, OH 43218

World Financial Network National Bank
220 West Schrock Road
Westerville, OH 43081
```