| Information to identify the case: | | | |
|---|---|---|---|
| Debtor 1: | William O Greenwalt<br>First Name   Middle Name   Last Name | Social Security number or ITIN: | xxx–xx–7965 |
| | | EIN: | _ _–_ _ _ _ _ _ _ |
| Debtor 2:<br>(Spouse, if filing) | Patricia A Greenwalt<br>First Name   Middle Name   Last Name | Social Security number or ITIN: | xxx–xx–8287 |
| | | EIN: | _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court: | WESTERN DISTRICT OF PENNSYLVANIA | Date case filed for chapter: | 13    2/22/23 |
| Case number: | 23–20378–CMB | | |

## Official Form 309I
## Notice of Chapter 13 Bankruptcy Case                                                                                12/17

**For the debtors listed above, a case has been filed under chapter 13 of the Bankruptcy Code. An order for relief has been entered.**

**This notice has important information about the case for creditors, debtors, and trustees, including information about the meeting of creditors and deadlines. Read both pages carefully.**

The filing of the case imposed an automatic stay against most collection activities. This means that creditors generally may not take action to collect debts from the debtors, the debtors' property, and certain codebtors. For example, while the stay is in effect, creditors cannot sue, garnish wages, assert a deficiency, repossess property, or otherwise try to collect from the debtors. Creditors cannot demand repayment from debtors by mail, phone, or otherwise. Creditors who violate the stay can be required to pay actual and punitive damages and attorney's fees. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although debtors can ask the court to extend or impose a stay.

Confirmation of a chapter 13 plan may result in a discharge. Creditors who assert that the debtors are not entitled to a discharge under 11 U.S.C. § 1328(f) must file a motion objecting to discharge in the bankruptcy clerk's office within the deadline specified in this notice. Creditors who want to have their debt excepted from discharge may be required to file a complaint in the bankruptcy clerk's office by the same deadline. (See line 13 below for more information.)

To protect your rights, consult an attorney. All documents filed in the case may be inspected at the bankruptcy clerk's office at the address listed below or through PACER (Public Access to Court Electronic Records at www.pacer.gov).

**The staff of the bankruptcy clerk's office cannot give legal advice.**

**To help creditors correctly identify debtors, debtors submit full Social Security or Individual Taxpayer Identification Numbers, which may appear on a version of this notice. However, the full numbers must not appear on any document filed with the court.**

**Do not file this notice with any proof of claim or other filing in the case. Do not include more than the last four digits of a Social Security or Individual Taxpayer Identification Number in any document, including attachments, that you file with the court.**

| | | About Debtor 1: | About Debtor 2: |
|---|---|---|---|
| 1. | **Debtor's full name** | William O Greenwalt | Patricia A Greenwalt |
| 2. | **All other names used in the last 8 years** | | |
| 3. | **Address** | 52 Circle Drive<br>Irwin, PA 15642 | 52 Circle Drive<br>Irwin, PA 15642 |
| 4. | **Debtor's attorney**<br>Name and address | Michael S. Geisler<br>Michael S. Geisler<br>1100 Penn Center Blvd.<br>#704<br>Pittsburgh, PA 15235 | Contact phone 412–613–2133<br><br>Email: m.s.geisler@att.net |
| 5. | **Bankruptcy trustee**<br>Name and address | Ronda J. Winnecour<br>Suite 3250, USX Tower<br>600 Grant Street<br>Pittsburgh, PA 15219 | Contact phone 412–471–5566<br><br>Email: cmecf@chapter13trusteewdpa.com |
| 6. | **Bankruptcy clerk's office**<br>Documents in this case may be filed at this address.<br>You may inspect all records filed in this case at this office or online at www.pacer.gov. | U.S. Bankruptcy Court<br>5414 U.S. Steel Tower<br>600 Grant Street<br>Pittsburgh, PA 15219 | Hours open:<br>Mon. – Fri. Pittsburgh Office: 9:00a.m. – 4:30p.m. Erie Office: 9:00a.m. – 4:30p.m.<br><br>Contact phone 412–644–2700<br><br>Date: 3/21/23 |

**For more information, see page 2**

Debtor **William O Greenwalt** and **Patricia A Greenwalt**                                                                                                          Case number **23–20378–CMB**

| | | |
|---|---|---|
| **7. Meeting of creditors**<br>Debtors must attend the meeting to be questioned under oath. In a joint case, both spouses must attend. Creditors may attend, but are not required to do so. | **April 17, 2023 at 03:00 PM**<br><br>The meeting may be continued or adjourned to a later date. If so, the date will be on the court docket. | **Location:**<br>**remotely by the Trustee via Zoom, how to participate:goto www.ch13pitt.com, meetings@chapter13trusteewdpa.com** |
| **8. Deadlines**<br>The bankruptcy clerk's office must receive these documents and any required filing fee by the following deadlines. | **Deadline to file a complaint to challenge dischargeability of certain debts:**<br>**You must file:**<br>• a motion if you assert that the debtors are not entitled to receive a discharge under U.S.C. § 1328(f), or<br>• a complaint if you want to have a particular debt excepted from discharge under 11 U.S.C. § 523(a)(2) or (4). | **Filing deadline: 6/16/23** |
| | **Deadline for all creditors to file a proof of claim (except governmental units):** | **Filing deadline: 5/3/23** |
| | **Deadline for governmental units to file a proof of claim:** | **Filing deadline: 8/21/23** |
| | **Deadlines for filing proof of claim:**<br>A proof of claim is a signed statement describing a creditor's claim. Claims can be filed electronically through the court's website at http://www.pawb.uscourts.gov/filing–proof–claim using the Electronic Proof of Claim ("ePOC") System. Additional information regarding obtaining a proof of claim form (Official Form B410) and filing a proof of claim, including information regarding filing a claim by regular mail, can be found at the court's website at http://www.pawb.uscourts.gov/filing–proof–claim.<br>If you do not file a proof of claim by the deadline, you might not be paid on your claim. To be paid, you must file a proof of claim even if your claim is listed in the schedules that the debtor filed.<br>Secured creditors retain rights in their collateral regardless of whether they file a proof of claim. Filing a proof of claim submits the creditor to the jurisdiction of the bankruptcy court, with consequences a lawyer can explain. For example, a secured creditor who files a proof of claim may surrender important nonmonetary rights, including the right to a jury trial. | |
| | **Deadline to object to exemptions:**<br>The law permits debtors to keep certain property as exempt. If you believe that the law does not authorize an exemption claimed, you may file an objection. | **Filing deadline:** 30 days after the *conclusion* of the meeting of creditors |
| **9. Filing of plan, objections and hearing** | The debtor has filed a plan, which is attached. An initial hearing on confirmation will be conciliated by the chapter 13 trustee and will be held immediately following the meeting of creditors on:<br>**4/17/23** at **03:00 PM** , Location: **remotely by the Trustee via Zoom, how to participate:goto www.ch13pitt.com, meetings@chapter13trusteewdpa.com**<br><br>Creditors have the duty to promptly review all plans and present any objections in a timely manner. **Objections to the initial Chapter 13 plan shall be filed with the bankruptcy clerk's office and served on the debtor, counsel for the debtor (if any), and the Chapter 13 Trustee by no later than 7 days before meeting of creditors.** Parties objecting to the Plan must attend the meeting of creditors duly scheduled pursuant to Section 7 above. To the extent a written objection is not resolved at the meeting of creditors/conciliated initial confirmation hearing or prior to or at the date set for continued conciliation conferences the plan will be set for a contested plan hearing. If no objections are timely filed, or filed objections are not prosecuted at the initial confirmation hearing or continued conciliation conferences, the Trustee may assume and the court may determine that the objection has been withdrawn, and the plan has been proposed in good faith and not by any means forbidden by law without receiving evidence on such issues. | |
| **10. Creditors with a foreign address** | If you are a creditor receiving a notice mailed to a foreign address, you may file a motion asking the court to extend the deadline in this notice. Consult an attorney familiar with United States bankruptcy law if you have any questions about your rights in this case. | |
| **11. Filing a chapter 13 bankruptcy case** | Chapter 13 allows an individual with regular income and debts below a specified amount to adjust debts according to a plan. A plan is not effective unless the court confirms it. You may object to confirmation of the plan and appear at the confirmation hearing. A copy of the plan, if not enclosed, will be sent to you later, and if the confirmation hearing is not indicated on this notice, you will be sent notice of the confirmation hearing. The debtor will remain in possession of the property and may continue to operate the business, if any, unless the court orders otherwise. | |
| **12. Exempt property** | The law allows debtors to keep certain property as exempt. Fully exempt property will not be sold and distributed to creditors, even if the case is converted to chapter 7. Debtors must file a list of property claimed as exempt. You may inspect that list at the bankruptcy clerk's office or online at www.pacer.gov. If you believe that the law does not authorize an exemption that debtors claimed, you may file an objection by the deadline. | |
| **13. Discharge of debts** | Confirmation of a chapter 13 plan may result in a discharge of debts, which may include all or part of a debt. However, unless the court orders otherwise, the debts will not be discharged until all payments under the plan are made. A discharge means that creditors may never try to collect the debt from the debtors personally except as provided in the plan. If you want to have a particular debt excepted from discharge under 11 U.S.C. § 523(a)(2) or (4), you must file a complaint and pay the filing fee in the bankruptcy clerk's office by the deadline. If you believe that the debtors are not entitled to a discharge of any of their debts under 11 U.S.C. § 1328(f), you must file a motion by the deadline. | |

United States Bankruptcy Court

Western District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 23-20378-CMB |
| William O Greenwalt | Chapter 13 |
| Patricia A Greenwalt | |
|     Debtors | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0315-2 | User: auto | Page 1 of 4 |
| Date Rcvd: Mar 21, 2023 | Form ID: 309iPGH | Total Noticed: 67 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |
| ## | Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 23, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | William O Greenwalt, Patricia A Greenwalt, 52 Circle Drive, Irwin, PA 15642-4556 |
| aty | + | Brian Nicholas, KML Law Group, P.C., 701 Market Street, Suite 5000, Philadelphia, PA 19106-1541 |
| aty | + | Keri P. Ebeck, Bernstein-Burkley, 601 Grant Street, 9th Floor, Pittsburgh, PA 15219-4430 |
| 15573424 | + | Altair OH XII, LLC, c/o Weinstein, Pinson and Riley, P.S., 2001 Western Avenue, Suite 400, Seattle, WA 98121-3132 |
| 15573446 | | Duquesne Light Company, c/o Peter J. Ashcroft, Esquire, Bernstein-Burkley, P.C., Suite 2200, Gulf Tower, Pittsburgh, PA 15219-1900 |
| 15573447 | + | Erie County Courthouse, 140 W. 6th Street, Erie, PA 16501-1011 |
| 15573454 | + | LVNV Funding, LLC, c/o Edwin A. Abrahamsen & Assoc., 120 North Keyser Avenue, Scranton, PA 18504-9701 |
| 15573460 | + | Nick Pisani and Loreen Pisani, 2223 Heyland Road, Harrison City, PA 15636-1437 |
| 15573465 | + | Pride Acquisitions, 100 Garden City Plaza, Suite 500B, Garden City, NY 11530-3214 |
| 15573472 | + | TD Bank U.S.A., N.A., c/o Weinstein, Pinson and Riley, P.S., 2001 Western Avenue, Suite 400, Seattle, WA 98121-3132 |
| 15573477 | + | Westmoreland County Prothonotary, 2 N. Main Street, Ste. 501, Greensburg, PA 15601-2414 |

TOTAL: 11

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| aty | | Email/Text: m.s.geisler@att.net | Mar 22 2023 00:10:00 | Michael S. Geisler, Michael S. Geisler, 1100 Penn Center Blvd., #704, Pittsburgh, PA 15235 |
| tr | + | Email/Text: bnc@chapter13trusteewdpa.com | Mar 22 2023 00:11:00 | Ronda J. Winnecour, Suite 3250, USX Tower, 600 Grant Street, Pittsburgh, PA 15219-2702 |
| smg | | EDI: PENNDEPTREV | Mar 22 2023 04:05:00 | Pennsylvania Dept. of Revenue, Department 280946, P.O. Box 280946, ATTN: BANKRUPTCY DIVISION, Harrisburg, PA 17128-0946 |
| smg | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Mar 22 2023 00:11:00 | Pennsylvania Dept. of Revenue, Department 280946, P.O. Box 280946, ATTN: BANKRUPTCY DIVISION, Harrisburg, PA 17128-0946 |
| ust | + | Email/Text: ustpregion03.pi.ecf@usdoj.gov | Mar 22 2023 00:11:00 | Office of the United States Trustee, Liberty Center., 1001 Liberty Avenue, Suite 970, Pittsburgh, PA 15222-3721 |
| cr | + | Email/Text: jdryer@bernsteinlaw.com | Mar 22 2023 00:11:00 | Duquesne Light Company, c/o Bernstein-Burkley, P.C., 601 Grant Street, 9th Floor, Pittsburgh, PA 15219-4430 |
| cr | + | EDI: RECOVERYCORP.COM | Mar 22 2023 04:05:00 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 15573425 | + | Email/PDF: bncnotices@becket-lee.com | Mar 22 2023 00:22:37 | American Express, P.O. Box 981537, El Paso, TX 79998-1537 |

Case 23-20378-CMB  Doc 25  Filed 03/23/23  Entered 03/24/23 00:25:15  Desc Imaged
Certificate of Notice  Page 4 of 6

| District/off: 0315-2 | User: auto | Page 2 of 4 |
|---|---|---|
| Date Rcvd: Mar 21, 2023 | Form ID: 309iPGH | Total Noticed: 67 |

| Recipient ID | | Notice Method | Date/Time | Address |
|---|---|---|---|---|
| 15573426 | | Email/PDF: bncnotices@becket-lee.com | Mar 22 2023 00:22:36 | American Express Bank, FSB, c/o Becket and Lee, LLP, P.O. Box 3001, Malvern, PA 19355-0701 |
| 15573427 | | EDI: AIS.COM | Mar 22 2023 04:05:00 | American InfoSource LP as agent for, Verizon, P.O. Box 248838, Oklahoma City, OK 73124-8838 |
| 15573428 | + | Email/Text: BANKRUPTCY@ASSETACCEPTANCE.COM | Mar 22 2023 00:11:00 | Asset Acceptance LLC, P.O. Box 1630, Warren, MI 48090-1630 |
| 15573429 | | EDI: BANKAMER.COM | Mar 22 2023 04:05:00 | Bank of America, P.O. Box 982235, El Paso, TX 79998 |
| 15573430 | + | EDI: CAPITALONE.COM | Mar 22 2023 04:05:00 | Capital One, P.O. Box 30281, Salt Lake City, UT 84130-0281 |
| 15573431 | | Email/PDF: bncnotices@becket-lee.com | Mar 22 2023 00:22:37 | Capital One, N.A., c/o Becket and Lee LLP, P.O. Box 3001, Malvern, PA 19355-0701 |
| 15573435 | + | EDI: CITICORP.COM | Mar 22 2023 04:05:00 | Citibank/Sears, P.O. Box 6283, Sioux Falls, SD 57117-6283 |
| 15573436 | + | EDI: CITICORP.COM | Mar 22 2023 04:05:00 | Citicards/Citibank, P.O. Box 6241, Sioux Falls, SD 57117-6241 |
| 15573437 | + | EDI: WFNNB.COM | Mar 22 2023 04:05:00 | Comenity Bank/Bon Ton, 3100 Easton Square Pl, Columbus, OH 43219-6289 |
| 15573438 | | EDI: WFNNB.COM | Mar 22 2023 04:05:00 | Comenity Bank/Kingsize, PO Box 18279, Columbus, OH 43218 |
| 15573439 | + | EDI: WFNNB.COM | Mar 22 2023 04:05:00 | Comenity Bank/New York & Co., PO Box 182789, Columbus, OH 43218-2789 |
| 15573440 | + | EDI: CRFRSTNA.COM | Mar 22 2023 04:05:00 | Credit First NA, P.O.Box 818011, Cleveland, OH 44181-8011 |
| 15573441 | | EDI: CRFRSTNA.COM | Mar 22 2023 04:05:00 | Credit First NA/Firestone, P.O. Box 81083, Cleveland, OH 44181 |
| 15573443 | | EDI: DISCOVER.COM | Mar 22 2023 04:05:00 | Discover Bank, 6500 New Albany Road, New Albany, OH 43054 |
| 15573445 | | EDI: DISCOVER.COM | Mar 22 2023 04:05:00 | Discover Financial Services, P.O. Box 15316, Wilmington, DE 19850 |
| 15573442 | + | EDI: CITICORP.COM | Mar 22 2023 04:05:00 | Dept, Stores National Bank/Macy's, Bankruptcy Processing, P.O. Box 8053, Mason, OH 45040 |
| 15573456 | + | EDI: CITICORP.COM | Mar 22 2023 04:05:00 | Macys, P.O. Box 689195, Des Moines, IA 50368 |
| 15573457 | + | EDI: CITICORP.COM | Mar 22 2023 04:05:00 | Macys, P.O. Box 8218, Mason, OH 45040 |
| 15573444 | | EDI: DISCOVER.COM | Mar 22 2023 04:05:00 | Discover Bank, DB Servicing Corporation, P.O. Box 3025, New Albany, OH 43054-3025 |
| 15579272 | | EDI: DISCOVER.COM | Mar 22 2023 04:05:00 | Discover Bank, Discover Products Inc, PO Box 3025, New Albany Ohio 43054-3025 |
| 15573448 | + | EDI: RMSC.COM | Mar 22 2023 04:05:00 | GECRB/Lowes, P.O. Box 965005, Orlando, FL 32896-5005 |
| 15573449 | + | EDI: CITICORP.COM | Mar 22 2023 04:05:00 | Home Depot/Citibank, P.O. Box 6497, Sioux Falls, SD 57117-6497 |
| 15573450 | + | EDI: LCIICSYSTEM | Mar 22 2023 04:05:00 | I.C. System Inc., P.O. Box 64378, Saint Paul, MN 55164-0378 |
| 15573451 | | EDI: IRS.COM | Mar 22 2023 04:05:00 | Internal Revenue Service, P.O. Box 7317, Philadelphia, PA 19101-7317 |
| 15573434 | | EDI: JPMORGANCHASE | Mar 22 2023 04:05:00 | Chase BP Private Label, P.O. Box 15298, Wilmington, DE 19850 |
| 15573432 | | EDI: JPMORGANCHASE | | |

| Recip ID | Type | Notice | Date/Time | Address |
|---|---|---|---|---|
| 15573433 | | EDI: JPMORGANCHASE | Mar 22 2023 04:05:00 | Chase Bank USA, N.A., 3700 Wiseman Boulevard, San Antonio, TX 78251 |
| | | | Mar 22 2023 04:05:00 | Chase Bank, USA, P.O. Box 15298, Wilmington, DE 19850 |
| 15582601 | ^ | MEBN | Mar 22 2023 00:06:53 | KML Law Group, Suite 5000 - Mellon Independence Center, 701 Market Street, Philadelphia, PA 19106-1541 |
| 15573452 | + | Email/Text: PBNCNotifications@peritusservices.com | Mar 22 2023 00:10:00 | Kohls/Capital One, P.O. Box 3115, Milwaukee, WI 53201-3115 |
| 15573453 | + | Email/PDF: resurgentbknotifications@resurgent.com | Mar 22 2023 00:10:03 | LVNV Funding, LLC, PO Box 10497, Greenville, SC 29603-0497 |
| 15573455 | | Email/PDF: resurgentbknotifications@resurgent.com | Mar 22 2023 00:10:14 | LVNV Funding, LLC assignee of, HSBC Private Label Acq. Corp., c/o Resurgent Capital Services, P.O. Box 10587, Greenville, SC 29603-0587 |
| 15573458 | + | Email/Text: bankruptcydpt@mcmcg.com | Mar 22 2023 00:11:00 | Midland Funding, 8875 Aero Drive Suite 200, San Diego, CA 92123-2255 |
| 15573459 | + | Email/Text: egssupportservices@alorica.com | Mar 22 2023 00:11:00 | NCO Credit Services/51, 507 Prudential Road, Horsham, PA 19044-2308 |
| 15573463 | | EDI: PRA.COM | Mar 22 2023 04:05:00 | Portfolio Recovery Associates, 120 Corporate Blvd Suite 100, Norfolk, VA 23502 |
| 15573464 | | EDI: PRA.COM | Mar 22 2023 04:05:00 | Portfolio Recovery Associates, LLC, P.O.Box 12914, Norfolk, VA 23541 |
| 15573461 | | EDI: PENNDEPTREV | Mar 22 2023 04:05:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| 15573461 | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Mar 22 2023 00:11:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| 15573466 | | EDI: Q3G.COM | Mar 22 2023 04:05:00 | Quantum3 Group LLC as agent for, Comenity Bank, P.O. Box 788, Kirkland, WA 98083-0788 |
| 15573467 | | Email/Text: BKSPSElectronicCourtNotifications@spservicing.com | Mar 22 2023 00:11:00 | Select Portfolio Servicing, 3815 S West Temple, Ste 2000, Salt Lake City, UT 84115 |
| 15573469 | + | Email/Text: amieg@stcol.com | Mar 22 2023 00:10:00 | State Collections Service, 2509 S. Stoughton Road, Madison, WI 53716-3314 |
| 15573470 | + | EDI: CITICORP.COM | Mar 22 2023 04:05:00 | Sunoco/Citibank, P.O. Box 6497, Sioux Falls, SD 57117-6497 |
| 15573471 | + | EDI: RMSC.COM | Mar 22 2023 04:05:00 | Synchrony Bank, c/o Recovery Management Systems Corp, 25 SE 2nd Ave., Suite 1120, Miami, FL 33131-1605 |
| 15573766 | + | EDI: RMSC.COM | Mar 22 2023 04:05:00 | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 15573473 | + | EDI: WTRRNBANK.COM | Mar 22 2023 04:05:00 | TD Bank USA/Target Credit, P.O. Box 673, Minneapolis, MN 55440-0673 |
| 15573474 | | Email/Text: BKSPSElectronicCourtNotifications@spservicing.com | Mar 22 2023 00:11:00 | U.S. Bank, N.A., c/o Select Portfolio Servicing, Inc., 3815 South West Temple, Salt Lake City, UT 84115 |
| 15573475 | + | EDI: WFNNB.COM | Mar 22 2023 04:05:00 | Value City Rooms Today/WFNNB, P.O. Box 182789, Columbus, OH 43218-2789 |
| 15573476 | + | EDI: VERIZONCOMB.COM | Mar 22 2023 04:05:00 | Verizon, P.O. Box 5029, Wallingford, CT 06492-7529 |
| 15573478 | + | EDI: WFNNB.COM | Mar 22 2023 04:05:00 | WFNNB/Dress Barn, P.O. Box 182789, Columbus, OH 43218-2789 |
| 15573479 | + | EDI: WFNNB.COM | | |

Case 23-20378-CMB    Doc 25    Filed 03/23/23    Entered 03/24/23 00:25:15    Desc Imaged
Certificate of Notice    Page 6 of 6

| District/off: 0315-2 | User: auto | Page 4 of 4 |
|---|---|---|
| Date Rcvd: Mar 21, 2023 | Form ID: 309iPGH | Total Noticed: 67 |

| | | | Mar 22 2023 04:05:00 | WFNNB/Express, P.O. Box 182789, Columbus, OH 43218-2789 |
|---|---|---|---|---|
| 15573480 | + | EDI: WFNNB.COM | Mar 22 2023 04:05:00 | World Financial Network National Bank, 220 West Schrock Road, Westerville, OH 43081-2873 |

TOTAL: 58

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | U.S. BANK, NATIONAL ASSOCIATION, AS TRUSTEE, SUCCE |
| smg | * | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| 15574401 | *+ | Pennsylvania Department of Revenue, Bankruptcy Division PO BOX 280946, Harrisburg, PA 17128-0946 |
| 15573462 | * | Pennsylvania Department of Revenue, Bankruptcy Division PO Box 280946, Harrisburg, PA 17128-0946 |
| 15573468 | ##+ | Spartan Financial Services, 13730 S Point Blvd, Charlotte, NC 28273-7715 |

TOTAL: 1 Undeliverable, 3 Duplicate, 1 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 23, 2023                    Signature:    /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 21, 2023 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Brian Nicholas | on behalf of Creditor U.S. BANK  NATIONAL ASSOCIATION, AS TRUSTEE, SUCCESSOR IN INTEREST TO BANK OF AMERICA, NATIONAL ASSOCIATION AS TRUSTEE AS SUCCESSOR BY MERGER TO LASALLE BANK NATIONAL ASSOCIATION, AS TRUSTEE FOR CERTI bnicholas@kmllawgroup.com |
| Keri P. Ebeck | on behalf of Creditor Duquesne Light Company kebeck@bernsteinlaw.com  jbluemle@bernsteinlaw.com |
| Michael S. Geisler | on behalf of Debtor William O Greenwalt m.s.geisler@att.net msgeis@yahoo.com;michaelgeisler13@gmail.com;r52973@notify.bestcase.com |
| Michael S. Geisler | on behalf of Joint Debtor Patricia A Greenwalt m.s.geisler@att.net msgeis@yahoo.com;michaelgeisler13@gmail.com;r52973@notify.bestcase.com |
| Office of the United States Trustee | ustpregion03.pi.ecf@usdoj.gov |
| Ronda J. Winnecour | cmecf@chapter13trusteewdpa.com |

TOTAL: 6