**PROCEEDING MEMO**

**Date: 05/25/2023 01:30 pm**

**In re:   William O Greenwalt**
**Patricia A Greenwalt**

**Bankruptcy No. 23-20378-CMB**
**Chapter: 13**
**Doc. # 34**

**Appearances:  BY ZOOM:   James Warmbrodt**
**Michael Geisler**

**Nature of Proceeding: #34 Motion For Relief From The Automatic Stay**

**Additional Pleadings: #37 Response by Debtors**

**OUTCOME:   Hearing Held.**
**Motion  Granted.   Order Entered.**

**Carlota Böhm**
**U.S. Bankruptcy Judge**

FILED
5/26/23 11:21 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA