**UNITED STATES BANKRUPTCY COURT**
**OFFICE OF THE CLERK**
**WESTERN DISTRICT OF PENNSYLVANIA**
5414 U.S. Steel Tower
600 Grant Street
Pittsburgh, PA 15219

**Telephone (412) 644-2700**
**MICHAEL R. RHODES**
**CLERK OF COURT**

Re: Case No. 23-20378-CMB, GREENWALT

TO: PARTIES OF RECORD AND/OR THEIR COUNSEL:

Pursuant to *Federal Rule of Bankruptcy Procedure 8003*, notice is hereby given that an appeal was filed on June 9, 2023 in the above-referenced case. If the appellant fails to include the initial information required for the Notice of Appeal, the partial appeal will be transmitted to the District Court seven (7) days after the appeal was filed. A copy of the notice of appeal is enclosed. The parties are directed to comply with *Federal Rule of Bankruptcy Procedure 8009* regarding the filing of their designations of the record to be included in the record on appeal and their statements of issues to be presented.

A copy of the Transcript Order form (Form AO 435) can be found on the Court's Website at http://www.pawb.uscourts.gov/miscellaneous-forms, or you can request a form by calling (412) 644-2700. This form should be used for any hearing that has been electronically recorded in the Bankruptcy Court. The court reporter will have to be contacted for any hearings not electronically reproduced.

A copy of the docket sheet can be viewed on PACER or at the Clerk's Office. A copy of the docket can be purchased by calling the Bankruptcy Court Clerk's Office at (412) 644-2700. The designation of record should indicate the specific documents you wish to have included in the record on appeal. Indicate the document number for each document in your designation. Paper copies of the designated documents should not be submitted to the Clerk. The Bankruptcy Court will not transmit to the District Court paper copies of documents listed on designations of the record on appeal pursuant to District Court Miscellaneous Order No. 12-284.

Finally, your attention is directed to *W.PA.LBR 8007-1*, "Appeal to the District Court from the Bankruptcy Court," which requires the Clerk of the Bankruptcy Court to transmit to the District Court a partial record on appeal, after fourteen days notice, if the appellant fails to designate a record on appeal or otherwise fails to comply with *Federal Rule of Bankruptcy Procedure 8009*. Failure to comply may result in dismissal of the appeal.

Michael R. Rhodes
Clerk, U.S. Bankruptcy Court

Dated: June 11, 2023        By:        /s/Melissa Guthrie
                                           Deputy Clerk

Enclosures

*A copy of the Notice of Appeal has been transmitted to the U.S. Trustee
in compliance with Federal Rule of Bankruptcy Procedure 8004.*

#3j-D