UNITED STATES BANKRUPTCY COURT
OFFICE OF THE CLERK
WESTERN DISTRICT OF PENNSYLVANIA
5414 U.S. Steel Tower
600 Grant Street
Pittsburgh, PA 15219

Telephone (412) 644-2700

MICHAEL R. RHODES
CLERK OF COURT

Clerk, U.S. District Court
700 Grant Street
3100 U.S. Courthouse
Pittsburgh, PA 15219

|  |  |
|---|---|
| Case Name: | Greenwalt, William & Patricia |
| Case No: | 23-20378-CMB |
| County: | Westmoreland |
| Civil Action No: |  |
| District Court Judge: |  |

Dear Clerk:

## APPEAL FROM BANKRUPTCY COURT TO DISTRICT COURT

An appeal has been filed in the above-referenced case. The notice of appeal, a copy of the judgment or order appealed from (document number 39), a copy of the Letter Requesting Appeal Cover Sheet, and a copy of the Letter Re: Filing Designations accompany this letter.

Please acknowledge receipt of this transmittal letter and include the Civil Action Number and the name of the Judge assigned by your office.

Sincerely,

Michael R. Rhodes
Clerk, U.S. Bankruptcy Court

Dated: June 11, 2023         By:      /s/Melissa Guthrie
                                       Deputy Clerk

#8g-D