IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In Re: | Chapter 13 |
| **WILLIAM O. GREENWALT, and PATRICIA A. GREENWALT,** | Case No. **23-20378-CMB** |
| *Debtors,* | Related to Doc. No. 39 |
| ========================================= | |
| **US BANK, NATIONAL ASSOCIATION, AS TRUSTEE, SUCCESSOR IN INTEREST TO BANK OF AMERICA, NATIONAL ASSOCIATION AS TRUSTEE AS SUCCESSOR BY MERGER TO LASALLE BANK, NATIONAL ASSOCIATION, AS TRUSTEE FOR CERTIFICATE-HOLDERS OF BEAR STEARNS ASSET BACKED SECURITIES I,** | FILED 6/9/2023 10:32AM CLERK U.S. BANKRUPTCY COURT - WDPA |
| *Movant,* | |
| vs | |
| **WILLIAM O. GREENWALT, and PATRICIA A. GREENWALT** | |
| *Respondents*, | |

**NOTICE OF APPEAL AND STATEMENT OF ELECTION**

**Part 1: Identify the appellant(s)**

1. Name(s) of appellant(s): WILLIAM O. GREENWALT and PATRICIA A. GREENWALT.

2. Position of appellant(s) in the adversary proceeding or bankruptcy case that is the subject of this appeal:

   For appeals in an adversary proceeding
   ___Plaintiff
   ___Defendant
   ___Other (describe)_____

   For appeals in a bankruptcy case and not in an adversary proceeding
   _x_Debtor
   ___Creditor
   ___Trustee
   ___Other  (describe) _____

**Part 2: Identify the subject of the appeal**

1. Describe the judgment, order or decree appealed from: Order Granting Motion for Relief from Stay.

2. State the date on which the judgment, order or decree was entered: 5/26/2023.

**Part 3: Identify the other parties to the appeal**

List the names of all parties to the judgment, order, or decree appealed from and the names, addresses and telephone numbers of their attorneys (attach additional pages if necessary)

1. Party: WILLIAM O. GREENWALT and PATRICIA A. GREENWALT.

   Attorney: Michael S. Geisler, Esquire
   1100 Penn Center Blvd.
   #704
   Pittsburgh, PA 15235
   Tele: (412) 613-2133

2. Party: US BANK, NATIONAL ASSOCIATION, AS TRUSTEE, SUCCESSOR IN INTEREST TO BANK OF AMERICA, NATIONAL ASSOCIATION AS TRUSTEE AS SUCCESSOR BY MERGER TO LASALLE BANK, NATIONAL ASSOCIATION, AS TRUSTEE FOR CERTIFICATE-HOLDERS OF BEAR STEARNS ASSET BACKED SECURITIES I

   Attorney: Brian Nicholas, Esquire
   KML Law Group, PC
   701 Market Street
   Suite 5000
   Philadelphia, PA 19106
   Tele: (215) 627-1322

3. Party: RONDA J. WINNECOUR, TRUSTEE

   Attorney: Ronda J. Winnecour, Esquire
   3250 US Steel Tower
   600 Grant Street
   Pittsburgh, PA 15219
   Tele: (412) 471-5566

**Part 4: Optional election to have appeal heard by District Court (applicable only in certain districts)**

If a Bankruptcy Appellate Panel is available in this judicial district, the Bankruptcy Appellate Panel will hear this appeal unless, pursuant to 28 U.S.C. §158(c)(1), a party elects to have the appeal heard by the Unites States District Court. If an appellant filing this notice wishes to have the appeal heard by the United States District Court, check below. Do not check the box if the appellant wishes the Bankruptcy Appellate Panel to hear the appeal.

__X__ Appellant(s) elect to have the appeal heard by the United States District Court (rather than by the Bankruptcy Appellate Panel.

**Part 5: Sign below**

/s/ Michael S. Geisler

_____    Date: 6/9/2023
Signature of attorney for appellant(s) (or appellant(s)
If not represented by an attorney

Name address and telephone number of attorney
(or appellant(s) if not represented by an attorney)

Michael S. Geisler, Esquire
1100 Penn Center Blvd., #704
Pittsburgh, PA 15235
Tele: (412) 613-2133

DATED: 6/8/2023

/s/ Michael S. Geisler

_____
**MICHAEL S. GEISLER, ESQUIRE**
Attorney for Movant
Pa. I.D. No. 39414
1100 Penn Center Blvd., #704
Pittsburgh, PA 15235
Tele: (412) 613-2133
E-mail: m.s.geisler@att.net

United States Bankruptcy Court

Western District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 23-20378-CMB |
| William O Greenwalt | Chapter 13 |
| Patricia A Greenwalt | |
|     Debtors | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0315-2 | User: auto | Page 1 of 2 |
| Date Rcvd: Jun 13, 2023 | Form ID: pdf900 | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol     Definition**

+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 14, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | William O Greenwalt, Patricia A Greenwalt, 52 Circle Drive, Irwin, PA 15642-4556 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 14, 2023                Signature:      /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 11, 2023 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Brian Nicholas | |
| | on behalf of Creditor U.S. BANK  NATIONAL ASSOCIATION, AS TRUSTEE, SUCCESSOR IN INTEREST TO BANK OF AMERICA, NATIONAL ASSOCIATION AS TRUSTEE AS SUCCESSOR BY MERGER TO LASALLE BANK NATIONAL ASSOCIATION, AS TRUSTEE FOR CERTI bnicholas@kmllawgroup.com |
| Jill Locnikar | |
| | on behalf of Creditor United States of America Department of the Treasury  Internal Revenue Service jill.locnikar@usdoj.gov, patricia.fitzgerald@usdoj.gov;caseview.ecf@usdoj.gov;kassi.horton@usdoj.gov |
| Keri P. Ebeck | |
| | on behalf of Creditor Duquesne Light Company kebeck@bernsteinlaw.com jbluemle@bernsteinlaw.com;kebeck@ecf.courtdrive.com |
| Michael S. Geisler | |
| | on behalf of Debtor William O Greenwalt m.s.geisler@att.net msgeis@yahoo.com;michaelgeisler13@gmail.com;r52973@notify.bestcase.com |

District/off: 0315-2     User: auto     Page 2 of 2
Date Rcvd: Jun 13, 2023     Form ID: pdf900     Total Noticed: 1

Michael S. Geisler
    on behalf of Joint Debtor Patricia A Greenwalt m.s.geisler@att.net
    msgeis@yahoo.com;michaelgeisler13@gmail.com;r52973@notify.bestcase.com

Office of the United States Trustee
    ustpregion03.pi.ecf@usdoj.gov

Ronda J. Winnecour
    cmecf@chapter13trusteewdpa.com

TOTAL: 7