**UNITED STATES BANKRUPTCY COURT**
**OFFICE OF THE CLERK**
**WESTERN DISTRICT OF PENNSYLVANIA**
**5414 U.S. Steel Tower**
**600 Grant Street**
**Pittsburgh, PA  15219**

**Telephone (412) 644-2700**
**MICHAEL R. RHODES**
**CLERK OF COURT**

Re:  Case No. 23-20378-CMB, GREENWALT

TO:  PARTIES OF RECORD AND/OR THEIR COUNSEL:

Pursuant to *Federal Rule of Bankruptcy Procedure 8003*, notice is hereby given that an appeal was filed on June 9, 2023 in the above-referenced case.  If the appellant fails to include the initial information required for the Notice of Appeal, the partial appeal will be transmitted to the District Court seven (7) days after the appeal was filed.  A copy of the notice of appeal is enclosed.  The parties are directed to comply with *Federal Rule of Bankruptcy Procedure 8009* regarding the filing of their designations of the record to be included in the record on appeal and their statements of issues to be presented.

A copy of the Transcript Order form (Form AO 435) can be found on the Court's Website at http://www.pawb.uscourts.gov/miscellaneous-forms, or you can request a form by calling (412) 644-2700.  This form should be used for any hearing that has been electronically recorded in the Bankruptcy Court.  The court reporter will have to be contacted for any hearings not electronically reproduced.

A copy of the docket sheet can be viewed on PACER or at the Clerk's Office.  A copy of the docket can be purchased by calling the Bankruptcy Court Clerk's Office at (412) 644-2700.   The designation of record should indicate the specific documents you wish to have included in the record on appeal. Indicate the document number for each document in your designation.  Paper copies of the designated documents should not be submitted to the Clerk.  The Bankruptcy Court will not transmit to the District Court paper copies of documents listed on designations of the record on appeal pursuant to District Court Miscellaneous Order No. 12-284.

Finally, your attention is directed to *W.PA.LBR 8007-1*, "Appeal to the District Court from the Bankruptcy Court," which requires the Clerk of the Bankruptcy Court to transmit to the District Court a partial record on appeal, after fourteen days notice, if the appellant fails to designate a record on appeal or otherwise fails to comply with *Federal Rule of Bankruptcy Procedure 8009*.  Failure to comply may result in dismissal of the appeal.

Michael R. Rhodes
Clerk, U.S. Bankruptcy Court

Dated: June 11, 2023            By:    /s/Melissa Guthrie
                                       Deputy Clerk

Enclosures

*A copy of the Notice of Appeal has been transmitted to the U.S. Trustee
in compliance with Federal Rule of Bankruptcy Procedure 8004.*

#3j-D

United States Bankruptcy Court

Western District of Pennsylvania

In re:  Case No. 23-20378-CMB
William O Greenwalt  Chapter 13
Patricia A Greenwalt
    Debtors

# CERTIFICATE OF NOTICE

District/off: 0315-2      User: auto      Page 1 of 2
Date Rcvd: Jun 13, 2023      Form ID: pdf900      Total Noticed: 1

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 14, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | William O Greenwalt, Patricia A Greenwalt, 52 Circle Drive, Irwin, PA 15642-4556 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 14, 2023      Signature:      /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 11, 2023 at the address(es) listed below:

**Name**      **Email Address**

Brian Nicholas
     on behalf of Creditor U.S. BANK NATIONAL ASSOCIATION, AS TRUSTEE, SUCCESSOR IN INTEREST TO BANK OF AMERICA, NATIONAL ASSOCIATION AS TRUSTEE AS SUCCESSOR BY MERGER TO LASALLE BANK NATIONAL ASSOCIATION, AS TRUSTEE FOR CERTI bnicholas@kmllawgroup.com

Jill Locnikar
     on behalf of Creditor United States of America Department of the Treasury Internal Revenue Service jill.locnikar@usdoj.gov, patricia.fitzgerald@usdoj.gov;caseview.ecf@usdoj.gov;kassi.horton@usdoj.gov

Keri P. Ebeck
     on behalf of Creditor Duquesne Light Company kebeck@bernsteinlaw.com jbluemle@bernsteinlaw.com;kebeck@ecf.courtdrive.com

Michael S. Geisler
     on behalf of Debtor William O Greenwalt m.s.geisler@att.net msgeis@yahoo.com;michaelgeisler13@gmail.com;r52973@notify.bestcase.com

District/off: 0315-2 | User: auto | Page 2 of 2
Date Rcvd: Jun 13, 2023 | Form ID: pdf900 | Total Noticed: 1

Michael S. Geisler
    on behalf of Joint Debtor Patricia A Greenwalt m.s.geisler@att.net
    msgeis@yahoo.com;michaelgeisler13@gmail.com;r52973@notify.bestcase.com

Office of the United States Trustee
    ustpregion03.pi.ecf@usdoj.gov

Ronda J. Winnecour
    cmecf@chapter13trusteewdpa.com

TOTAL: 7