**PROCEEDING MEMO**

**Date: 07/13/2023 01:30 pm**

**In re:   William O Greenwalt**
**Patricia A Greenwalt**

**Bankruptcy No. 23-20378-CMB**
**Chapter: 13**
**Doc. # 51**

**Appearances:   Michael S. Geisler, Esq.**
**Jill Locnikar, Esq.**
**Ronda Winnecour, Trustee**

**Nature of Proceeding: Contested Plan hearing re plan dated 3/20/2023**

**Outcome:   Hearing held. Case dismissed without prejudice**

**Carlota Böhm**
**U.S. Bankruptcy Judge**

FILED
7/14/23 9:05 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA