Form 309

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

IN RE:

| | | |
|---|---|---|
| **William O Greenwalt** | : | Case No. 23−20378−CMB |
| **Patricia A Greenwalt** | : | Chapter: 13 |
| *Debtor(s)* | : | |
| | : | |
| | : | |
| | : | |
| | : | |

## ORDER DISMISSING CASE WITHOUT PREJUDICE AND TERMINATING WAGE ATTACHMENT

      *AND NOW,* this ***The 14th of July, 2023,*** after notice and hearing and the Debtor(s) having failed to comply with the requirements of the *Bankruptcy Code*, the *Local Rules* of this Court and/or an Order of Court, it is hereby **ORDERED, ADJUDGED and DECREED** as follows:

      (1)  The above−captioned case is **DISMISSED, without prejudice**. The Debtor(s) remain legally liable for all his/her/their debts as if the bankruptcy petition had not been filed. Creditor collection remedies are reinstated pursuant to *11 U.S.C. §349*. Creditors are directed to *11 U.S.C. §108(c)* for time limits on filing a lawsuit to collect. ***Generally, a creditor's lawsuit must be filed either before the time deadline imposed by state law for filing runs, or (30) thirty days after date of this Order, whichever is later.***

      (2)  Each income attachment issued in this case is now terminated. So that each employer and entity subject to an attachment Order knows to stop the attachment, the Debtor(s) shall immediately serve a copy of this order on each such employer and entity.

      (3)  The Court retains jurisdiction over the Trustee's Report of Receipts and Disbursements and Final Report and Account. Upon submission of the UST Form 13−FR−S: Chapter 13 Standing Trustee's Final Report and Account, the Trustee is discharged from her duties in this case and this case will be closed without further order of Court.

      (4)  The Clerk shall give notice to all creditors of this dismissal.

*Carlota M. Böhm*
Carlota M. Böhm, Judge
United States Bankruptcy Court

Case Administrators to serve:
All Creditors and All Parties In Interest

United States Bankruptcy Court

Western District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 23-20378-CMB |
| William O Greenwalt | Chapter 13 |
| Patricia A Greenwalt | |
| Debtors | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0315-2 | User: auto | Page 1 of 4 |
| Date Rcvd: Jul 14, 2023 | Form ID: 309 | Total Noticed: 66 |

The following symbols are used throughout this certificate:
**Symbol      Definition**

+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

^     Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

##    Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 16, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | William O Greenwalt, Patricia A Greenwalt, 52 Circle Drive, Irwin, PA 15642-4556 |
| cr | + | United States of America Department of the Treasur, c/oOffice of U.S. Atty for W.D. of PA, U.S. Post Office & Courthouse, 700 Grant Street, Suite 4000, Pittsburgh, PA 15219 U.S.A. 15219-1956 |
| 15573424 | + | Altair OH XII, LLC, c/o Weinstein, Pinson and Riley, P.S., 2001 Western Avenue, Suite 400, Seattle, WA 98121-3132 |
| 15573446 | | Duquesne Light Company, c/o Peter J. Ashcroft, Esquire, Bernstein-Burkley, P.C., Suite 2200, Gulf Tower, Pittsburgh, PA 15219-1900 |
| 15573447 | + | Erie County Courthouse, 140 W. 6th Street, Erie, PA 16501-1011 |
| 15573454 | + | LVNV Funding, LLC, c/o Edwin A. Abrahamsen & Assoc., 120 North Keyser Avenue, Scranton, PA 18504-9701 |
| 15573460 | + | Nick Pisani and Loreen Pisani, 2223 Heyland Road, Harrison City, PA 15636-1437 |
| 15573465 | + | Pride Acquisitions, 100 Garden City Plaza, Suite 500B, Garden City, NY 11530-3214 |
| 15573472 | + | TD Bank U.S.A., N.A., c/o Weinstein, Pinson and Riley, P.S., 2001 Western Avenue, Suite 400, Seattle, WA 98121-3132 |
| 15573477 | + | Westmoreland County Prothonotary, 2 N. Main Street, Ste. 501, Greensburg, PA 15601-2414 |

TOTAL: 10

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | EDI: RECOVERYCORP.COM | Jul 15 2023 04:25:00 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 15573425 | + | Email/PDF: bncnotices@becket-lee.com | Jul 15 2023 00:40:15 | American Express, P.O. Box 981537, El Paso, TX 79998-1537 |
| 15573426 | | Email/PDF: bncnotices@becket-lee.com | Jul 15 2023 00:40:23 | American Express Bank, FSB, c/o Becket and Lee, LLP, P.O. Box 3001, Malvern, PA 19355-0701 |
| 15583610 | | Email/PDF: bncnotices@becket-lee.com | Jul 15 2023 00:39:50 | American Express National Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 15573427 | | EDI: AIS.COM | Jul 15 2023 04:25:00 | American InfoSource LP as agent for, Verizon, P.O. Box 248838, Oklahoma City, OK 73124-8838 |
| 15573428 | + | Email/Text: BANKRUPTCY@ASSETACCEPTANCE.COM | Jul 15 2023 00:33:00 | Asset Acceptance LLC, P.O. Box 1630, Warren, MI 48090-1630 |
| 15573429 | | EDI: BANKAMER.COM | Jul 15 2023 04:25:00 | Bank of America, P.O. Box 982235, El Paso, TX 79998 |
| 15573430 | + | EDI: CAPITALONE.COM | Jul 15 2023 04:25:00 | Capital One, P.O. Box 30281, Salt Lake City, UT 84130-0281 |
| 15573431 | | Email/PDF: bncnotices@becket-lee.com | Jul 15 2023 00:40:15 | Capital One, N.A., c/o Becket and Lee LLP, P.O. Box 3001, Malvern, PA 19355-0701 |
| 15573435 | + | EDI: CITICORP.COM | Jul 15 2023 04:25:00 | Citibank/Sears, P.O. Box 6283, Sioux Falls, SD |

Case 23-20378-CMB   Doc 61   Filed 07/16/23   Entered 07/17/23 00:26:06   Desc Imaged
Certificate of Notice   Page 3 of 5

| District/off: 0315-2 | User: auto | Page 2 of 4 |
|---|---|---|
| Date Rcvd: Jul 14, 2023 | Form ID: 309 | Total Noticed: 66 |

| Recip ID | | Method | Date/Time | Recipient |
|---|---|---|---|---|
| | | | | 57117-6283 |
| 15573436 | + | EDI: CITICORP.COM | Jul 15 2023 04:25:00 | Citicards/Citibank, P.O. Box 6241, Sioux Falls, SD 57117-6241 |
| 15573437 | + | EDI: WFNNB.COM | Jul 15 2023 04:25:00 | Comenity Bank/Bon Ton, 3100 Easton Square Pl, Columbus, OH 43219-6289 |
| 15573438 | | EDI: WFNNB.COM | Jul 15 2023 04:25:00 | Comenity Bank/Kingsize, PO Box 18279, Columbus, OH 43218 |
| 15573439 | + | EDI: WFNNB.COM | Jul 15 2023 04:25:00 | Comenity Bank/New York & Co., PO Box 182789, Columbus, OH 43218-2789 |
| 15573440 | + | EDI: CRFRSTNA.COM | Jul 15 2023 04:25:00 | Credit First NA, P.O.Box 818011, Cleveland, OH 44181-8011 |
| 15573441 | | EDI: CRFRSTNA.COM | Jul 15 2023 04:25:00 | Credit First NA/Firestone, P.O. Box 81083, Cleveland, OH 44181 |
| 15573443 | | EDI: DISCOVER.COM | Jul 15 2023 04:25:00 | Discover Bank, 6500 New Albany Road, New Albany, OH 43054 |
| 15573445 | | EDI: DISCOVER.COM | Jul 15 2023 04:25:00 | Discover Financial Services, P.O. Box 15316, Wilmington, DE 19850 |
| 15573442 | + | EDI: CITICORP.COM | Jul 15 2023 04:25:00 | Dept, Stores National Bank/Macy's, Bankruptcy Processing, P.O. Box 8053, Mason, OH 45040 |
| 15573456 | + | EDI: CITICORP.COM | Jul 15 2023 04:25:00 | Macys, P.O. Box 689195, Des Moines, IA 50368 |
| 15573457 | + | EDI: CITICORP.COM | Jul 15 2023 04:25:00 | Macys, P.O. Box 8218, Mason, OH 45040 |
| 15573444 | | EDI: DISCOVER.COM | Jul 15 2023 04:25:00 | Discover Bank, DB Servicing Corporation, P.O. Box 3025, New Albany, OH 43054-3025 |
| 15579272 | | EDI: DISCOVER.COM | Jul 15 2023 04:25:00 | Discover Bank, Discover Products Inc, PO Box 3025, New Albany Ohio 43054-3025 |
| 15596685 | + | Email/Text: jdryer@bernsteinlaw.com | Jul 15 2023 00:32:00 | Duquesne Light Company, c/o Bernstein-Burkley, P.C., 601 Grant Street, 9th Floor, Pittsburgh, PA 15219-4430 |
| 15573448 | + | EDI: RMSC.COM | Jul 15 2023 04:25:00 | GECRB/Lowes, P.O. Box 965005, Orlando, FL 32896-5005 |
| 15573449 | + | EDI: CITICORP.COM | Jul 15 2023 04:25:00 | Home Depot/Citibank, P.O. Box 6497, Sioux Falls, SD 57117-6497 |
| 15573450 | + | EDI: LCIICSYSTEM | Jul 15 2023 04:25:00 | I.C. System Inc., P.O. Box 64378, Saint Paul, MN 55164-0378 |
| 15573451 | | EDI: IRS.COM | Jul 15 2023 04:25:00 | Internal Revenue Service, P.O. Box 7317, Philadelphia, PA 19101-7317 |
| 15573434 | | EDI: JPMORGANCHASE | Jul 15 2023 04:25:00 | Chase BP Private Label, P.O. Box 15298, Wilmington, DE 19850 |
| 15573432 | | EDI: JPMORGANCHASE | Jul 15 2023 04:25:00 | Chase Bank USA, N.A., 3700 Wiseman Boulevard, San Antonio, TX 78251 |
| 15573433 | | EDI: JPMORGANCHASE | Jul 15 2023 04:25:00 | Chase Bank, USA, P.O. Box 15298, Wilmington, DE 19850 |
| 15582601 | ^ | MEBN | Jul 15 2023 00:21:57 | KML Law Group, Suite 5000 - Mellon Independence Center, 701 Market Street, Philadelphia, PA 19106-1541 |
| 15573452 | + | Email/Text: PBNCNotifications@peritusservices.com | Jul 15 2023 00:32:00 | Kohls/Capital One, P.O. Box 3115, Milwaukee, WI 53201-3115 |
| 15597265 | | Email/PDF: resurgentbknotifications@resurgent.com | Jul 15 2023 00:39:59 | LVNV Funding LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 15573453 | + | Email/PDF: resurgentbknotifications@resurgent.com | Jul 15 2023 00:39:32 | LVNV Funding, LLC, PO Box 10497, Greenville, |

Case 23-20378-CMB   Doc 61   Filed 07/16/23   Entered 07/17/23 00:26:06   Desc Imaged
Certificate of Notice   Page 4 of 5

| District/off: 0315-2 | User: auto | Page 3 of 4 |
|---|---|---|
| Date Rcvd: Jul 14, 2023 | Form ID: 309 | Total Noticed: 66 |

| Recipient ID | Notice Method | Date/Time | Recipient |
|---|---|---|---|
| | | | SC 29603-0497 |
| 15573455 | Email/PDF: resurgentbknotifications@resurgent.com | Jul 15 2023 00:39:09 | LVNV Funding, LLC assignee of, HSBC Private Label Acq. Corp., c/o Resurgent Capital Services, P.O. Box 10587, Greenville, SC 29603-0587 |
| 15573458 | + Email/Text: bankruptcydpt@mcmcg.com | Jul 15 2023 00:33:00 | Midland Funding, 8875 Aero Drive Suite 200, San Diego, CA 92123-2255 |
| 15573459 | + Email/Text: egssupportservices@alorica.com | Jul 15 2023 00:33:00 | NCO Credit Services/51, 507 Prudential Road, Horsham, PA 19044-2308 |
| 15573463 | EDI: PRA.COM | Jul 15 2023 04:25:00 | Portfolio Recovery Associates, 120 Corporate Blvd Suite 100, Norfolk, VA 23502 |
| 15573464 | EDI: PRA.COM | Jul 15 2023 04:25:00 | Portfolio Recovery Associates, LLC, P.O.Box 12914, Norfolk, VA 23541 |
| 15573461 | EDI: PENNDEPTREV | Jul 15 2023 04:25:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| 15573461 | Email/Text: RVSVCBICNOTICE1@state.pa.us | Jul 15 2023 00:33:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| 15573466 | EDI: Q3G.COM | Jul 15 2023 04:25:00 | Quantum3 Group LLC as agent for, Comenity Bank, P.O. Box 788, Kirkland, WA 98083-0788 |
| 15573467 | Email/Text: BKSPSElectronicCourtNotifications@spservicing.com | Jul 15 2023 00:33:00 | Select Portfolio Servicing, 3815 S West Temple, Ste 2000, Salt Lake City, UT 84115 |
| 15573469 | + Email/Text: amieg@stcol.com | Jul 15 2023 00:32:00 | State Collections Service, 2509 S. Stoughton Road, Madison, WI 53716-3314 |
| 15573470 | + EDI: CITICORP.COM | Jul 15 2023 04:25:00 | Sunoco/Citibank, P.O. Box 6497, Sioux Falls, SD 57117-6497 |
| 15573471 | + EDI: RMSC.COM | Jul 15 2023 04:25:00 | Synchrony Bank, c/o Recovery Management Systems Corp, 25 SE 2nd Ave., Suite 1120, Miami, FL 33131-1605 |
| 15573766 | + EDI: RMSC.COM | Jul 15 2023 04:25:00 | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 15573473 | + EDI: WTRRNBANK.COM | Jul 15 2023 04:25:00 | TD Bank USA/Target Credit, P.O. Box 673, Minneapolis, MN 55440-0673 |
| 15573474 | Email/Text: BKSPSElectronicCourtNotifications@spservicing.com | Jul 15 2023 00:33:00 | U.S. Bank, N.A., c/o Select Portfolio Servicing, Inc., 3815 South West Temple, Salt Lake City, UT 84115 |
| 15597049 | Email/Text: BNCnotices@dcmservices.com | Jul 15 2023 00:32:00 | UPMC Physician Services, PO Box 1123, Minneapolis, MN 55440-1123 |
| 15573475 | + EDI: WFNNB.COM | Jul 15 2023 04:25:00 | Value City Rooms Today/WFNNB, P.O. Box 182789, Columbus, OH 43218-2789 |
| 15593220 | EDI: AIS.COM | Jul 15 2023 04:25:00 | Verizon, by American InfoSource as agent, PO Box 4457, Houston, TX 77210-4457 |
| 15573476 | + EDI: VERIZONCOMB.COM | Jul 15 2023 04:25:00 | Verizon, P.O. Box 5029, Wallingford, CT 06492-7529 |
| 15573478 | + EDI: WFNNB.COM | Jul 15 2023 04:25:00 | WFNNB/Dress Barn, P.O. Box 182789, Columbus, OH 43218-2789 |
| 15573479 | + EDI: WFNNB.COM | Jul 15 2023 04:25:00 | WFNNB/Express, P.O. Box 182789, Columbus, OH 43218-2789 |
| 15573480 | + EDI: WFNNB.COM | Jul 15 2023 04:25:00 | World Financial Network National Bank, 220 West Schrock Road, Westerville, OH 43081-2873 |

TOTAL: 57

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | U.S. BANK, NATIONAL ASSOCIATION, AS TRUSTEE, SUCCE |
| cr | *+ | Duquesne Light Company, c/o Bernstein-Burkley, P.C., 601 Grant Street, 9th Floor, Pittsburgh, PA 15219-4430 |
| 15574401 | *+ | Pennsylvania Department of Revenue, Bankruptcy Division PO BOX 280946, Harrisburg, PA 17128-0946 |
| 15573462 | * | Pennsylvania Department of Revenue, Bankruptcy Division PO Box 280946, Harrisburg, PA 17128-0946 |
| 15573468 | ##+ | Spartan Financial Services, 13730 S Point Blvd, Charlotte, NC 28273-7715 |

TOTAL: 1 Undeliverable, 3 Duplicate, 1 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 16, 2023       Signature:       /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 14, 2023 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Brian Nicholas | on behalf of Creditor U.S. BANK NATIONAL ASSOCIATION, AS TRUSTEE, SUCCESSOR IN INTEREST TO BANK OF AMERICA, NATIONAL ASSOCIATION AS TRUSTEE AS SUCCESSOR BY MERGER TO LASALLE BANK NATIONAL ASSOCIATION, AS TRUSTEE FOR CERTI bnicholas@kmllawgroup.com |
| Jill Locnikar | on behalf of Creditor United States of America Department of the Treasury Internal Revenue Service jill.locnikar@usdoj.gov, patricia.fitzgerald@usdoj.gov;caseview.ecf@usdoj.gov;kassi.horton@usdoj.gov |
| Keri P. Ebeck | on behalf of Creditor Duquesne Light Company kebeck@bernsteinlaw.com jbluemle@bernsteinlaw.com;kebeck@ecf.courtdrive.com |
| Michael S. Geisler | on behalf of Debtor William O Greenwalt m.s.geisler@att.net msgeis@yahoo.com;michaelgeisler13@gmail.com;r52973@notify.bestcase.com |
| Michael S. Geisler | on behalf of Joint Debtor Patricia A Greenwalt m.s.geisler@att.net msgeis@yahoo.com;michaelgeisler13@gmail.com;r52973@notify.bestcase.com |
| Office of the United States Trustee | ustpregion03.pi.ecf@usdoj.gov |
| Ronda J. Winnecour | cmecf@chapter13trusteewdpa.com |

TOTAL: 7