**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE:<br><br>**WILLIAM O GREENWALT**<br>**PATRICIA A GREENWALT**<br>Debtor(s)<br><br>Ronda J. Winnecour<br>Movant<br>vs.<br>No Respondents. | Case No.:23-20378<br><br><br>Document No.: |

### TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS

Ronda J. Winnecour, Trustee for the above case, submits the following final report and account of the administration of the estate pursuant to 11 USC 1302 (b) (1).

1. The case was filed on 02/22/2023 and confirmed on 01/01/1900 . The case was subsequently (E)DISMISSED PRIOR TO CONFIRMATION FUNDS TO DEBTOR

2. The Trustee made the following disbursements.

| | | |
|---|---:|---:|
| Total Receipts | | 313.00 |
| Less Refunds to Debtor | 297.66 | |
| TOTAL AMOUNT OF PLAN FUND | | 15.34 |
| | | |
| Administrative Fees | | |
| Filing Fee | 0.00 | |
| Notice Fee | 0.00 | |
| Attorney Fee | 0.00 | |
| Trustee Fee | 15.34 | |
| Court Ordered Automotive Insurance | 0.00 | |
| TOTAL ADMINISTRATIVE FEES | | 15.34 |

| Creditor Type   Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---:|---:|---:|---:|
| **Secured** | | | | |
| SELECT PORTFOLIO SERVICING INC(*)<br>Acct: | 0.00 | 0.00 | 0.00 | 0.00 |
| INTERNAL REVENUE SERVICE*<br>Acct: 0555 | 0.00 | 0.00 | 0.00 | 0.00 |
| PA DEPARTMENT OF REVENUE*<br>Acct: 7965 | 0.00 | 0.00 | 0.00 | 0.00 |
| | \*\*\*NONE\*\*\* | | | |
| **Priority** | | | | |
| MICHAEL S GEISLER ESQ<br>Acct: | 0.00 | 0.00 | 0.00 | 0.00 |
| WILLIAM O GREENWALT<br>Acct: | 0.00 | 0.00 | 0.00 | 0.00 |
| WILLIAM O GREENWALT<br>Acct: | 297.66 | 297.66 | 0.00 | 0.00 |
| MICHAEL S GEISLER ESQ<br>Acct: | 4,000.00 | 0.00 | 0.00 | 0.00 |
| INTERNAL REVENUE SERVICE*<br>Acct: 0555 | 107,730.24 | 0.00 | 0.00 | 0.00 |

| Creditor Type   Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---|---|---|---|
| **Priority** | | | | |
| PA DEPARTMENT OF REVENUE* | 295.14 | 0.00 | 0.00 | 0.00 |
| Acct: 7965 | | | | |
| | ***NONE*** | | | |
| **Unsecured** | | | | |
| ALTAIR OH XIII LLC | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| AMERICAN EXPRESS | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| AMERICAN EXPRESS NATIONAL BANK | 11,239.39 | 0.00 | 0.00 | 0.00 |
| Acct: 2007 | | | | |
| VERIZON BY AMERICAN INFOSOURCE AS | 81.73 | 0.00 | 0.00 | 0.00 |
| Acct: 0001 | | | | |
| ASSET ACCEPTANCE CORP | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| BANK OF AMERICA** | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| CAPITAL ONE BANK USA NA | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| CAPITAL ONE BANK USA NA | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| CHASE CARD SERVICES** | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| CHASE CARD SERVICES** | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| CHASE CARD SERVICES** | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| CITIBANK** | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| CITIBANK** | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| COMENITY BANK | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| COMENITY BANK | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| CREDIT FIRST NA* | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| CREDIT FIRST NA* | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| MACYS RETAIL HOLDINGS INC++ | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| DISCOVER BANK(*) | 7,775.60 | 0.00 | 0.00 | 0.00 |
| Acct: 6558 | | | | |
| DUQUESNE LIGHT COMPANY(*) | 73.18 | 0.00 | 0.00 | 0.00 |
| Acct: 8731 | | | | |
| ERIE COUNTY CLERK OF COURTS | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| GECC-LOWES++ | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| THD/CBSD | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| IC SYSTEM INC++ | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| KOHLS DEPARTMENT STORE | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| LVNV FUNDING LLC | 5,229.71 | 0.00 | 0.00 | 0.00 |
| Acct: 7936 | | | | |
| LVNV FUNDING LLC, ASSIGNEE | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |

| Creditor Type   Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---:|---:|---:|---:|
| Unsecured | | | | |
|   LVNV FUNDING LLC, ASSIGNEE | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   MACYS RETAIL HOLDINGS INC++ | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   MACYS RETAIL HOLDINGS INC++ | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   MIDLAND FUNDING | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   NCO CREDIT SERVICE++ | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   NICK AND LOREEN PISANI | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   PRA AG FUNDING LLC | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   PRA/PORTFOLIO RECOVERY ASSOC | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   PRIDE ACQUISITION LLC | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   QUANTUM3 GROUP LLC AGNT - COMENIT | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   SPARTAN FINANCIAL SERVICE++ | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   STATE COLLECTION SERVICE INC | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   SUNOCO/CBSD | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   SYNCHRONY BANK | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   TD BANK NA(*) | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   TD BANK NA(*) | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   US BANK | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   WORLD FINANCIAL NETWORK/VALUE | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   AMERICAN INFOSOURCE LP AGENT FOR | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   WESTMORELAND COUNTY PROTHONOT | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   WORLD FINANCIAL NETWORK | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   WORLD FINANCIAL NETWORK | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   DISCOVER BANK(*) | 9,053.37 | 0.00 | 0.00 | 0.00 |
|     Acct: 2680 | | | | |
|   PA DEPARTMENT OF REVENUE* | 13.50 | 0.00 | 0.00 | 0.00 |
|     Acct: 7965 | | | | |
|   INTERNAL REVENUE SERVICE* | 83,119.44 | 0.00 | 0.00 | 0.00 |
|     Acct: 5555 | | | | |
|   UPMC PHYSICIAN SERVICES | 547.97 | 0.00 | 0.00 | 0.00 |
|     Acct: 7965 | | | | |
|   SYNCHRONY BANK | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 3776 | | | | |
|   BERNSTEIN BURKLEY PC | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   KML LAW GROUP PC* | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |

| 23-20378 | **TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS** | | | Page 4 of 4 |
|---|---|---|---|---|

| Creditor Type | Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---|---|---|---|---|
| | | * * * N O N E * * * | | | |

| TOTAL PAID TO CREDITORS | | | 0.00 |
|---|---|---|---|
| TOTAL CLAIMED | | | |
| PRIORITY | 108,025.38 | | |
| SECURED | 0.00 | | |
| UNSECURED | 117.133.89 | | |

Date: 08/02/2023

/s/ Ronda J. Winnecour

RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com